IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| MARIA DE LOURDES LABOY REYES | CASE NO. 08-03969SEK<br>Chapter 13 |
| XXX-XX-0994 | |
| | **FILED & ENTERED ON 11/02/2010** |
| Debtor | |

ORDER

Trustee to state its position within fourteen (14) days as to Debtor's Motion Requesting Reconsideration of Dismissal filed on 09/30/2010 (Docket #56).

SO ORDERED.

San Juan, Puerto Rico, this 2nd day of November, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge